BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Hodges & Folds Associates, LLC § Case No.: 21−42695−elm7
§ Chapter No.: 7
Debtor(s) §

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED: 8/24/23          FOR THE COURT:
                        Robert P. Colwell, Clerk of Court

                        by: /s/Karyn Rueter, Deputy Clerk